### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF KENTUCKY
### BOWLING GREEN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-11143-jal |
| TRACY L. SPROUSE<br>SHARON A. SPROUSE | CHAPTER 13 |
| Debtors | JUDGE JOAN A. LLOYD |

**AGREED ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY, doc. 71**
**173 T L BILYEU ROAD, RUSSELLVILLE, KY 42276**

This matter having come on before the Court upon the Motion for Relief From Automatic Stay filed herein by the secured creditor, Freedom Mortgage Corporation, ("Movant"), doc. 71. It appears to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant; and the Court, being otherwise fully advised in the premises, hereby issues the following agreement with respect thereto:

1. The Chapter 13 Plan filed herein by Sharon A. Sprouse and Tracy L. Sprouse (hereinafter "Debtor") provided that said Debtor was to make the regular monthly mortgage payments to Movant outside of the Plan on a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Movant; said payments currently in default as of December 4, 2015 are as follows:

| Month from: | Month to: | Payment Amount | # of pays | Total |
|---|---|---|---|---|
| July, 2015 | October, 2015 | $1,039.06 | 4 | $4,156.24 |
| November, 2015 | December, 2015 | $1,042.21 | 2 | $2,084.42 |
| Attorney Fees: | | | | $650.00 |
| Court Costs: | | | | $176.00 |
| Less Suspense: | | | | -$0 |
| **Total due through December, 2015** | | | | $7,066.66 |

3.     In order to eliminate said post-petition delinquency, the Debtor hereby agree to pay Movant, and Movant hereby agrees to accept, in the form of certified funds the following lump sum payments:

| Payment Amount | Payment due on or before |
|---|---|
| $785.18 | January 15, 2016 |
| $785.18 | February 15, 2016 |
| $785.18 | March 15, 2016 |
| $785.18 | April 15, 2016 |
| $785.18 | May 15, 2016 |
| $785.18 | June 15, 2016 |
| $785.18 | July 15, 2016 |
| $785.18 | August 15, 2016 |
| $785.22 | September 15, 2016 |

The above lump sum payments above are in addition to the regular monthly mortgage payments due and owing for said months.

4.     The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Movant in the amount of $1,042.21 due and owing beginning on January 1, 2016.

5.     Debtor hereby agrees to maintain insurance coverage on the real property and to remain current with all property taxes as they become due.

6.     This agreement remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates the case by Order of the Court and/or Movant obtains Relief from Stay and the Stay is subsequently reinstated by Order of the Court.

7.     The following events constitute Default under this Agreement: (a) Debtor fails to make any of the lump sum payments hereinabove described on or before their specified due dates; (b) Debtor fails to pay any future monthly mortgage payments so that the payment is not received by

Movant on or before the day in which it is due; (c) Debtor fails to make any Chapter 13 Plan payment to the Trustee's Office by the last day of the month in which it is due without leave of the Court (hereinafter, any of these events described above shall be referred to as a "Default")

8. In the event of a Default, Movant shall send a letter with a ten (10) day opportunity for Debtor to respond ("Notice of Default"), notifying the Debtor of the Default under the terms of this Agreement. If Debtor fails to cure the default, Movant shall file an Affidavit of Default, and upon filing of an Affidavit of Default, the Stay shall be terminated without further notice, hearing or Order. Debtor is limited to three (3) Notices of Default. After three (3) Notices, Creditor may file an Affidavit of Default upon the fourth occurrence of a Default without notice.

9. The terms and conditions of the Note and Mortgage are unaffected by this Agreement.

10. Movant, its servicer and any successors, may send periodic statements to Debtor.

11. The Trustee shall continue/resume the payments under the original Chapter 13 Plan of the unpaid portion, if any, of the arrearage amount listed in the Movant's Proof of Claim.

12. Upon filing of an Affidavit of Default with Court, the requirements of BK Rule 3002.1 no longer apply.

13. Debtor's attorney fees of $125.00 shall be paid through the Chapter 13 Plan as an administrative expense claim.

**IT IS SO ORDERED.**

Agreed Upon:

/s/ David C. Nalley
David C. Nalley (85637)
Attorney for Movant
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com

Joan A. Lloyd
United States Bankruptcy Judge
Dated: December 17, 2015

/s/ Alicia C. Johnson
_____
Per written authorization
Alicia C. Johnson
Attorney for Debtor
P.O. Box 1654
Russellville, KY 42276
voice: (270) 726-8668
facsimile: (270) 726-8660
e-mail: bkalicia@hotmail.com

COPIES TO:

    Tracy L. Sprouse, Debtor
    Sharon A. Sprouse, Debtor
    173 TL Bilyeau Road
    Russellville, KY 42276

    Alicia C. Johnson
    P.O. Box 1654
    Russellville, KY 42276

    William W. Lawrence
    310 Republic Plaza
    200 S. Seventh Street
    Louisville, KY 40202

    US Trustee
    Charles R. Merrill
    Asst. U.S. Trustee
    601 West Broadway #512
    Louisville, KY 40202