UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:                                              CASE NO. 14-11143
                                                    CHAPTER 13
TRACY L. SPROUSE
SHARON A. SPROUSE

    DEBTORS                              NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, William W. Lawrence files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 10 | XXXXX7548 | $0.00 | $13,660.03 | $13,660.03 |
| Total Amount Paid by Trustee | | | | $13,660.03 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-11143

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 1st day of November 2019.

TRACY L. SPROUSE, SHARON A. SPROUSE, 173 TL BILYEAU ROAD, RUSSELLVILLE, KY 42276

ALICIA JOHNSON ATTY, PO BOX 1654, RUSSELLVILLE, KY  42276

ELECTRONIC SERVICE - ALICIA JOHNSON ATTY, PO BOX 1654, RUSSELLVILLE, KY  42276

US BANK, c/o SN SERVICING CORP, 323 5TH ST, EUREKA, CA  95501

ELECTRONIC SERVICE - United States Trustee

Date:  11/1/2019                                                      /s/ *William W. Lawrence*
                                                                                  William W. Lawrence
                                                                                 Chapter 13 Trustee
                                                                                 200 S. Seventh Street, Suite 310
                                                                                 Louisville, KY 40202